*✓#109  #129180*

FORM 9 (Rev. 11/93)

FILED

2011 JAN -7 PM 2:20

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western

In the matter of:  
**CLARK, LARRY EDWARD**  
**CLARK, VIRGINIA LEE**

**CLARK, JENNY LEE**

Case No. 09-32746 W

Chapter 7

Judge MARY ANN WHIPPLE

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $8.38 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Touch of Nature<br>10742 Elida Rd<br>Delphos, OH 45833 | 1 | 1.25 |
| Lima Pulmonary and Critical Care<br>750 W High St Suite 300<br>Lima, OH 45801 | 3 | 3.36 |
| Anesthesia Assoc of Lima<br>C/O Patient Fin Svc, 121 W High St, #1103<br>Lima, OH 45801 | 7 | 3.77 |